IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH LINEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:23-cv-4470 |
| | ) |
| RESURGENT CAPITAL SERVICES LP; LVNV FUNDING, LLC; | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)(1)(ii), with prejudice. Each party shall bear its own costs and attorney fees.

By: ___/s/ joseph linen_____
Joseph Linen, *pro se*


/s/ Alyssa A. Johnson
Nabil G. Foster
Alyssa A. Johnson
BARRON & NEWBURGER, P.C.
53 W. Jackson Blvd. #1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

  I, Alyssa Johnson, an attorney, certify that I shall cause to be served a copy of **STIPULATION FOR DISMISSAL** upon the following individual(s), by deposit before 5 p.m. in the U.S. mailbox, postage prepaid; messenger delivery; Federal Express; or electronically via email or the Case Management/Electronic Case Filing System ("ECF") as indicated on June 18, 2024:

| | | |
|---|---|---|
| _X_ | CM/ECF | *Plaintiff, Pro-se* |
| ___ | Facsimile | |
| ___ | Federal Express | JOSEPH LINEN, Pro-se |
| ___ | E-Mail | 54 Kalen Drive |
| _X_ | U.S. Mail | Overland, MO 63114 |
| ___ | Messenger | Tel: (224)727-8323 |
| | | Email: Josephlinen@hotmail.com |

Nabil G. Foster         */s/ Alyssa Johnson*
Alyssa A. Johnson        Alyssa Johnson
BARRON & NEWBURGER, PC    One of the Attorneys for Defendants
53 W. Jackson Blvd. # 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com